**No. 54935.**—Marianao Sugar Trading Corporation *v.* United States, protest 158874–K (New York).

Opinion by Johnson, J.   From an examination of the papers, the court was

unable to find any evidence sufficient to overcome the action of the collector,. which was presumptively correct. The protest was therefore overruled.